In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Opening and Extending of One Hundred and Twenty-fifth and One Hundred and Twenty-sixth Streets from Twenty-third Avenue to Twenty-fifth Avenue in the Borough of Queens.

SUSANNAH KRAEMER, Appellant.

(Argued January 6, 1936; decided January 21, 1936.)

*George Bergen* and *Henry Herz* for appellant.

*Paul Windels, Corporation Counsel* (*Phillip W. Haberman, Jr.,* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.